

# Fourth Court of Appeals
## San Antonio, Texas

September 18, 2019

No. 04-19-00551-CR

**IN RE** Carlos **ZUNIGA**

Original Mandamus Proceeding[1]

### ORDER

On August 19, 2019, relator filed a petition for writ of mandamus. Because this court does not have jurisdiction to address relator's complaint, the petition for writ of mandamus is DISMISSED FOR WANT OF JURISDICTION. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on September 18, 2019.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of September, 2019.

_____
Keith E. Hottle, Clerk of Court

---

[1] This proceeding arises from a parole panel decision by the State of Texas Board of Pardons and Paroles.